# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**DAYSI NOEMY**
**HERNANDEZ JORDAN,**

    *Petitioner*,

v.                                       **Case No.: 4:26cv254-MW/MAF**

**U.S. IMMIGRATION AND**
**CUSTOMS ENFORCEMENT,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus pursuant to § 2241, ECF No. 1, is **DENIED without prejudice** and this case is **DISMISSED**." The Clerk shall close the file.

/**SO ORDERED on August 10, 2026.**

                                     **s/Mark E. Walker**
                                     **United States District Judge**